No. —, original. Ex parte Rico Manufacturing Co., Inc. et al. May 6, 1935. The motion for leave to file petition for writ of mandamus is denied. *Messrs. James E. Dooley* and *Perley H. Plant* for petitioners.